

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00487-CV

| | | |
|---|---|---|
| KAMY INVESTMENTS, LLC; KAMY TRUST, KOZAMESA INC.; RERAM INC.; AMY J. SADEGHIAN OF KAMY REAL PROPERTY TRUST; KHOSROW SADEGHIAN; AND ZACHARY SADEGHIAN OF KAMY REAL PROPERTY TRUST, Appellants | § | On Appeal from the 362nd District Court |
| | § | of Denton County (23-8324-362) |
| | § | August 1, 2024 |
| V. | | |
| DENTON COUNTY APPRAISAL REVIEW BOARD, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
        Justice Dabney Bassel